OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY
NOTICE OF ENTRY COPY
E-MAILED 5/28/2020.

# Supreme Court of the State of New York
# Appellate Division: Second Judicial Department

D62913
Y/htr

_____AD3d_____

WILLIAM F. MASTRO, J.P.
MARK C. DILLON
SHERI S. ROMAN
ROBERT J. MILLER, JJ.

2013-00972                                         DECISION & ORDER

The People, etc., respondent,
v Nechemya Weberman, appellant.

(Ind. No. 1589/11)

Law Offices of Joel B. Rudin, P.C., New York, NY, for appellant.

Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Anthea H. Bruffee of counsel), for respondent.

Mischel & Horn, P.C., New York, NY (Richard E. Mischel of counsel), former appellate counsel.

Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 9, 2015 (*People v Weberman*, 134 AD3d 862), affirming a judgment of the Supreme Court, Kings County, rendered January 22, 2013.

ORDERED that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745; *People v Stultz*, 2 NY3d 277).

MASTRO, J.P., DILLON, ROMAN and MILLER, JJ., concur.

ENTER:

Aprilanne Agostino
Clerk of the Court

May 27, 2020

PEOPLE v WEBERMAN, NECHEMYA