# Supreme Court of the State of New York
## Appellate Division : Second Judicial Department

M266585
SL/

BETSY BARROS, J.

2019-03170

DECISION & ORDER ON APPLICATION

The People, etc., plaintiff,
v Nechemya Weberman, defendant.

(Ind. No. 1589/11)

      Application by the defendant pursuant to CPL 450.15 and 460.15 for a certificate granting leave to appeal to this Court from an order of the Supreme Court, Kings County, dated February 22, 2019, which has been referred to me for determination.

      Upon the papers filed in support of the application and the papers filed in opposition thereto, it is

      ORDERED that the application is denied.

BETSY BARROS
Associate Justice

October 11, 2019

PEOPLE v WEBERMAN, NECHEMYA