UNITED STATES DISTRICT COURT: EASTERN DISTRICT
-------------------------------------------------------------------------X
NECHEMYA WEBERMAN,
                    Petitioner

                                                             AFFIDAVIT OF SERVICE
      -against-

JAITA COLLADO, SUPERINTENDENT OF
SHAWANGUNK CORRECTIONAL FACILITY
                    Respondent.
-------------------------------------------------------------------------X
STATE OF NEW YORK    )
                              : ss:
COUNTY OF NASSAU    )

       Jennifer Giambrone, being duly sworn, deposes and says, under the pains and penalties of perjury, the following is true:

       1.     I am over eighteen (18) years of age, not a party to the above-captioned case, and reside in Long Island, New York.

       2.     On August 10, 2020, I served a true copy of the within *PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY*, by depositing same in a postpaid properly addressed wrapper, in a post office or official depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressee as follows:

               Office of the Attorney General
               Federal Habeas Corpus Section
               28 Liberty Street, 15th Floor
               New York, NY 10005

       3. On August 10, 2020, I served a true copy of the within *PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY*, via electronic mail, addressed to the last known email address of the addressee as follows:

               Appeals Bureau
               Kings County District Attorney's Office
               AppealsAD@brooklynda.org

Jaita Collado, Superintendent
Shawangunk Correctional Facility
Jaifa.collado@doccs.ny.gov

*[signature]*
Jennifer Giambrone

Subscribed and sworn to before me this
10th day of August 2020

*[signature]*
Notary Public

SUZANNE M. O'DONOGHUE
NOTARY PUBLIC, State of New York
No. 01OD6269480
Qualified in Suffolk County
Commission Expires Sept. 30, 2021

2