# State of New York
# Court of Appeals

BEFORE: HON. JANET DiFIORE, Chief Judge

THE PEOPLE OF THE STATE OF NEW YORK,

                                        Respondent,

    -against-

NECHEMYA WEBERMAN,           Appellant.

**ORDER
DENYING
LEAVE**

        Appellant having applied for leave to appeal to this Court pursuant to Criminal Procedure Law § 460.20 from an order in the above-captioned case;*

        UPON the papers filed and due deliberation, it is

        ORDERED that the application is denied.

Dated:

            AUG 1 4 2020

                                         Chief Judge

*Description of Order: Order of the Appellate Division, Second Department, dated May 27, 2020, denying defendant's motion for a writ of error coram nobis.