UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                 :

NECHEMYA WEBERMAN,               :

                                                 :     **ORDER TO SHOW CAUSE**

                           Petitioner,         :
          - against -                   :     20-cv-3584 (BMC)

                                                 :

JAIFA COLLADO, Superintendent of      :
Shawangunk Correctional Facility,        :

                                               :
                          Respondent.      :

-------------------------------------------------------- X

       Upon the petition for issuance of a writ of habeas corpus, dated August 10, 2020 a copy of which is annexed hereto, it is hereby ORDERED as follows:

1. The Attorney General of the State of New York or the District Attorney of Kings County, as attorneys for respondents, show cause before this Court by filing a return to the petition why a writ of habeas corpus should not be issued;

2. Within sixty (60) days from the date of this Order, respondents shall serve a copy of their return on the petitioner herein and file the original thereof with proof of service with the Clerk of the Court;

3. At the time of filing the opposition papers, respondent is required to electronically file the State Court Record, with no individual attachment to the entry exceeding 5 megabytes. The respondent is also directed to supply a hard copy to Chambers which must be clearly marked "Courtesy Copy, original filed in ECF, docket number 20-cv-3584."

4. If copies of Petitioner's and the District Attorney's briefs on appeal or in connection with the proceedings pursuant to C.P.L. §440 are available, respondents shall submit such records to this Court at the time of filing such return;

5. Petitioner, within thirty (30) days of receipt of a copy of the return, shall file a reply, if any, with the Clerk of the Court and serve a copy on the respondent;

6. **MOTIONS TO EXTEND THE BRIEFING SCHEDULE WILL BE GRANTED FOR GOOD CAUSE, BUT NOT AS A MATTER OF RIGHT. A MOTION TO EXTEND BY THE RESPONDENT WILL BE MORE LIKELY GRANTED IF THE STATE COURT RECORD IS FILED WITHIN THE TIME FRAME SET BY THIS ORDER.**

7. All communications with the Court must be served on the opposing party;

8. Electronic Service of a copy of this Order to Show Cause shall be made by the Clerk of the Court, together with a copy of the petition, to the Attorney General of the State of New York, 120 Broadway, New York, New York 10271, and the District Attorney of Kings County, 350 Jay Street, 19th Floor, Brooklyn, New York 11201.

**SO ORDERED.**

Digitally signed by Brian M. Cogan

_____
U.S.D.J.

Dated: Brooklyn, New York
        September 9, 2020