

**DISTRICT ATTORNEY**
**KINGS COUNTY**
350 JAY STREET
BROOKLYN, NY 11201-2908
(718) 250-2000
WWW.BROOKLYNDA.ORG

**Eric Gonzalez**
District Attorney

**Anthea H. Bruffee**
First Deputy Bureau Chief
Appeaks

September 15, 2020

U.S.D.J. Brian M. Cogan
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Weberman v. Collado</u>
20-cv-03584-BMC

Your Honor:

In response to this Court's September 9, 2020 Order to Show Cause in the above-referenced case, respondent is filing (under seal) as Exhibits N-R to respondent's opposition to the <u>habeas</u> petition, the briefs and appendices filed with the New York State Supreme Court, Appellate Division, Second Department ("Appellate Division") on defendant's direct appeal from his January 22, 2013 judgment of conviction in this matter, as follows:

Exhibit N – Defendant-Appellant's Brief, dated December 26, 2014;

Exhibit O – Defendant-Appellant's Appendix, dated December 27, 2014 (pages A. 1-313), which contains the transcript of the January 22, 2013 sentencing proceeding at A.8-56;

Exhibit P – Defendant-Appellant's Supplemental Brief, dated June 22, 2014;

Exhibit Q – Respondent-Appellee's Brief and Appendix, dated August 6, 2105;

Exhibit R -- Defendant-Appellant's Reply Brief, dated September 22, 2015

Additional respondent's exhibits, including documents relating to petitioner's motion to the New York State Supreme Court to vacate his judgment of conviction pursuant to New York Criminal Procedure Law § 440.10; and his motion to the Appellate Division for a writ of error <u>coram</u> <u>nobis</u> will follow.

Sincerely,

*Anthea H. Bruffee*

Anthea H. Bruffee
Assistant District Attorney
(718) 250-2475