

**DISTRICT ATTORNEY**
**KINGS COUNTY**
350 JAY STREET
BROOKLYN, NY 11201-2908
(718) 250-2000
WWW.BROOKLYNDA.ORG

**Eric Gonzalez**
District Attorney

**Anthea H. Bruffee**
First Deputy Bureau Chief
Appeaks

October 27, 2020

U.S.D.J. Brian M. Cogan
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:   Weberman v. Collado
 Kings County
 Ind. No. 916/2015
 20-cv-03584-BMC

Your Honor:

I am writing to request a two-week extension to and including November 23, 2020, from the November 9, 2020 filing deadline for respondent's return on the habeas petition, ordered by this Court's September 9, 2020 Order to Show Cause in the above-referenced case. I need this extension because two of my unrelated cases, a Second Circuit habeas appeal, Garrison v. Lee, No. 19-1588-pr, and a state appeal to the Appellate Division, Second Department, People v. Tony Green-Faulkner, Kings County Indictment Number 916/2015, were calendared for argument on October 8, 2020, and October 20, 2020, respectively, requiring me to prepare for those oral arguments. Moreover, in addition to my editing and administrative duties as First Deputy Appeals Bureau Chief, at short notice, I was asked to conduct a training for new Appeals assistants on October 19, 2020, on responding to state orders to show cause regarding protective orders under the state's new discovery rules, enacted in January, 2020. This also required my taking time to prepare for this training. I have requested and received the consent of petitioner's counsel Donna Aldea, for this short extension, or for any longer extension.

Pursuant to paragraphs 3 and 6 of this Court's September 9, 2020 Order to Show Cause in the above-referenced case, I promptly e-filed the state court record and numerous other relevant documents.

During my conversation with Ms. Aldea today, she also informed me that because of your Honor's order granting my earlier request to seal the documents e-filed in this case, she is unable to see my sealed filings. I would now also request that your sealing order be modified so that the Court and counsel for both respondent and petitioner be able to access the documents e-filed under seal in this case.

U.S.D.C. Judge Brian M. Cogan
October 27, 2020
Page 2

      Thank you for your consideration of my request for a two-week extension to and including November 23, 2020, for respondent's return on the <u>habeas</u> petition, and of my request to permit Ms. Aldea access to all documents e-filed under seal in this case.

      Sincerely,

*Anthea H. Bruffee*

Anthea H. Bruffee
Assistant District Attorney
(718) 250-2475