

**DISTRICT ATTORNEY**
**KINGS COUNTY**
**350 JAY STREET**
**BROOKLYN, NY 11201-2908**
**(718) 250-2000**
**WWW.BROOKLYNDA.ORG**

**Eric Gonzalez**
District Attorney

**Anthea H. Bruffee**
First Deputy Bureau Chief
Appeals

July 16, 2021

U.S.D.J. Brian M. Cogan
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Weberman v. Collado</u>
20-cv-03584-BMC

Your Honor:

    In response to this Court's July 12, 2021 Order in the above-referenced case, I e-filed (at 5:01 p.m. yesterday) an Amended Memorandum of Law with a Table of Contents and an Index of Respondent's Exhibits as attachment #1. Unfortunately, I inadvertently failed to file the Amended Memorandum of Law under seal as permitted by this Court's September 11, 2020 Order. This document contains explicit reference to the acts committed by defendant. I contacted the Clerk's Office by phone this morning but was informed that they cannot now seal this filed document without a direction from the Court. I am therefore requesting an Order directing that this document be sealed but permitting access by the parties. Thank you for your consideration of my request.

    Sincerely,

*Anthea H. Bruffee*

Anthea H. Bruffee
Assistant District Attorney
(718) 250-2475