

**DISTRICT ATTORNEY**
**KINGS COUNTY**
350 JAY STREET
BROOKLYN, NY 11201-2908
(718) 250-2000
WWW.BROOKLYNDA.ORG

**Eric Gonzalez**
District Attorney

Anthea H. Bruffee
First Deputy Bureau Chief
Appeaks

July 30, 2021

U.S.D.J. Brian M. Cogan
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

        Re:    <u>Weberman v. Collado</u>
                 Kings County
                 Ind. No. 916/2015
                 20-cv-03584-BMC

Your Honor:

      In response to this Court's July 25, 2021 Order in the above-referenced case, respondent is filing an Updated Index to Respondent's Exhibits in the above-referenced <u>habeas</u> proceeding.  Up until today, when Mr. August Marziliano, Operations Manager of the Clerk's Office, very kindly allowed me to use the Clerk's Office computer, I have been unable to access the docket sheet exhibits that I previously filed with the court because of a recent security fix regarding access to restricted files.  In my prior filing, I had to rely on the date of the docket filing and my letters listing the documents filed to construct an exhibits index.  I am now able to file what I very much hope is an accurate Index to Respondent's Exhibits.

                                Sincerely,

                                *Anthea H. Bruffee*

                                Anthea H. Bruffee
                                Assistant District Attorney
                                (718) 250-2475