UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

NECHEMYA WEBERMAN

                         Petitioner,

     -against-

JAIFA COLLADO, Superintendent,

          Respondent.
_____X

<u>UPDATED INDEX TO EXHIBITS TO RESPONDENT'S OPPOSITION TO THE PETITION FOR A WRIT OF HABEAS CORPUS</u>

20-CV-3584 (BMC)

# INDEX TO RESPONDENT'S EXHIBITS
(filed under seal)

**Docket Number 8 (9/14/2020)**

### STATE COURT RECORD

**Attachments #1:**   Exhibit A – Pretrial Proceedings I

**Attachments #2:**   Exhibit B – Jury Selection I

**Attachments #3:**   Exhibit C – Jury selection II

**Attachments #4:**   Exhibit D – Pretrial Proceedings II
    Trial Minutes I (1-41, 1-67)

**Attachments #5:**   Exhibit E – Trial Minutes II (68-276)

**Attachments #6:**   Exhibit F – Trial Minutes III (279-510)

**Attachments #7:**   Exhibit G – Trial Minutes IV (511-632)
;
**Attachments #8:**   Exhibit H – Trial Minutes V (633-801)

**Attachments #9:**   Exhibit I – Trial Minutes VI (802-1034)

**Attachments #10:**   Exhibit J – Trial Minutes VII (1035-1271)

**Attachments #11:**   Exhibit K – Trial Minutes IX (1272-1549)

**Attachments #12:**   Exhibit L – Trial Minutes X (1550-1665)
    & Exhibit M – Trial Minutes XI (1666-1800)

**Docket Number 9 (9/15/2020)**

### STATE COURT RECORD

**Attachments #1:**   Exhibit N – Defendant-Appellant's Brief on Appeal,

**Attachments #2:**   Exhibit O – Defendant-Appellant's Appendix on Appeal (A. 1-313)

**Attachments #3**   Exhibit Q – Respondent-Appellee's Brief and Appendix

**Attachments #4:**   Exhibit R – Defendant-Appellant's Reply Brief

**Attachments #5:**   Exhibit P – Defendant-Appellant's Supplemental Brief

### INDEX TO RESPONDENT'S EXHIBITS (continued)

**Docket Number 11 (9/15/2020)**

### STATE COURT RECORD

**Attachments #1:**   Exhibit S –   Defendant's Motion to Vacate Judgment

**Attachments #2:**   Exhibit T –    Defendant's Memorandum of Law

**Attachments #3:**   Exhibit U –   Respondent's Affirmation and Memorandum of Law in Opposition

**Attachments #4:**   Exhibit V – Respondent's Appendix in Opposition

**Attachments #5:**   Exhibit W – Defendant's Reply Affirmation

**Attachments #6:**   Exhibit X – Defendant's Reply Memorandum of Law

**Attachments #7:**   Exhibit Y -   Vol I Appendix to Defendant's Motion for Leave to Appeal Denial of Motion (A.1- A.713)

**Attachments # 8:**   Exhibit Z – Vol. II Appendix to Defendant's Motion for Leave to Appeal Denial of Motion (A.714-A.1467).

**Docket Number 12**

### STATE COURT RECORD

**Attachment #1:**   Exhibit AA – Defendant's Memo of Law Supporting Motions for Writ of Error Coram Nobis or Leave to Reargue Direct Appeal

**Attachment #2:**   Exhibit BB – Vol. I of Defendant's Exhibits in Support of Motions

**Attachment #3:**   Exhibit CC – Vol. II of Defendant's Exhibits in Support of Motions

**Attachment #4:**   Exhibit DD – Vol. III of Defendant's Exhibits in Support of Motions

**Attachment #5:**   Exhibit EE– Vol. IV of Defendant's Exhibits in Support of Motions

**Attachment #6:**   Exhibit FF -- Vol. V of Defendant's Exhibits in Support of Motions

## INDEX TO RESPONDENT'S EXHIBITS (continued)

**Docket Number 12** (entries continued)

    **Attachment #7:**  Exhibit GG – Vol. VI of Defendant's Exhibits in Support of Motions

    **Attachment #8:**  Exhibit HH – Respondent's Opposition to Motions

    **Attachment #9:**  Exhibit II –   Affirmation of Defendant's Appellate Attorney

    **Attachment #10:**  Exhibit JJ   Appellate Division Order denying <u>coram nobis</u> motion

    **Attachment #11:**  Exhibit KK – Appellate Division Order denying re-argument of appeal

    **Attachment #12:**  Exhibit LL–Court of Appeals Order, denying leave to appeal denial of <u>coram nobis</u> motion

**Docket Number 13 (10/26/20)**

    **Attachment #1:**    Exhibit MM –Decision denying motion to vacate judgment

    **Attachment #2:**  Exhibit PP – Defendant's Affirmation in Support of motions for <u>coram nobis</u> and renewal of direct appeal.

**Docket Number 15 (11/23/20)**:

    **Attachment #1:**  Exhibit NN –Decision on direct appeal of judgment

    **Attachment #2:**  Exhibit OO – People's Opposition to certain trial evidence

    **Attachment #3:**  Exhibit QQ–Decision denying leave to appeal denial of vacatur