**People v. Weberman**,
Kings County Indictment 1589/2011 (attached)

        T. 96, 870-72, 1069 (c/w's date of birth);
        T. 110-14, 712-13, 887-88, 946-47,1066 (c/w was 12 when defendant started sexually abusing her);
        T. 130 (c/w turned 14 on 12/5/08);
        T. 100 (c/w identified defendant)

2d-Degree Crim. Sex Act
**Counts 3-14**
**Penis to Mouth**
c/w less than 15

Indictment Count 3
12/5/07-1/31/08         T. 129-30, referring back to type of conduct testified to at T. 127-28

Indictment Count 4
2/1/08-3/31/08         T. 129-30, referring back to type of conduct testified to at T. 127-28

Indictment Count 5
4/1/08-5/31/08         T. 129-30, referring back to type of conduct testified to at T. 127-28

Indictment Count 6
6/1/08-6/30/08         T. 129-30, referring back to type of conduct testified to at R.D: 127-28

Indictment Count 7
9/1/08-9/30/08         T. 130, referring back to type of conduct testified to at R.D: 127-28

Indictment Count 8
10/1/08-12/4/08         T. 130-31, referring back to type of conduct testified to at R.D: 127-28

Indictment Count 9
12/5/08-1/31/09         T. 130-31, referring back to type of conduct testified to at R.D: 127-28

<u>Indictment Count 10</u>
2/1/09-3/31/09               T. 130-31, referring back to type of
                             conduct testified to at R.D: 127-28

<u>Indictment Count 11</u>
4/1/09-5/31/09               T. 150-54, 156-58, 197-98

<u>Indictment Count 12</u>
6/1/09-6/30/09               T. 131, referring back to type of
                             conduct testified to at R.D: 127-28

<u>Indictment Count 13</u>
9/1/09-9/30/09               T. 132-34

<u>Indictment Count 14</u>
10/1/09-12/4/09              T. 132-34


2d-Degree Crim. Sex Act
**Counts 15-16**
**Penis to Mouth**
c/w less than 17


<u>Indictment Count 15</u>
12/5/09-1/31/10              T. 132, 134

<u>Indictment Count 16</u>
2/1/10-3/31/10               T. 132, 134, 163; <u>see</u> T. 106 (c/w was
                             not in school between 12/09 and 4/10,
                             and toward end of that period, c/w
                             worked in defendant's office)


Sexual Misconduct
**Counts 17-30**
**Penis to Mouth**
without c/w's consent

==**These fourteen counts were NOT submitted to the jury.  <u>See</u> Verdict Sheet (appended), renumbered counts 17-59**==

<u>Indictment Count 17</u>
12/5/07-1/31/08              T. 129-30, referring back to type of
                             conduct testified to at T. 127-28

2

Indictment Count 18
2/1/08-3/31/08          T. 129-30, referring back to type of
                        conduct testified to at T. 127-28

Indictment Count 19
4/1/08-5/31/08          T. 129-30, referring back to type of
                        conduct testified to at T. 127-28

Indictment Count 20
6/1/08-6/30/08          T. 129-30, referring back to type of
                        conduct testified to at R.D: 127-28

Indictment Count 21
9/1/08-9/30/08          T. 130,  referring back to type of
                        conduct testified to at R.D: 127-28

Indictment Count 22
10/1/08-12/4/08         T. 130-31, referring back to type of
                        conduct testified to at R.D: 127-28

Indictment Count 23
12/5/08-1/31/09         T. 130-31, referring back to type of
                        conduct testified to at R.D: 127-28

Indictment Count 24
2/1/09-3/31/09          T. 130-31, referring back to type of
                        conduct testified to at R.D: 127-28

Indictment Count 25
4/1/09-5/31/09          T. 150-54, 156-58, 197-98

Indictment Count 26
6/1/09-6/30/09          T. 131, referring back to type of
                        conduct testified to at R.D: 127-28

Indictment Count 27
9/1/09-9/30/09          T. 132-34

Indictment Count 28
10/1/09-12/4/09         T. 132-34

Indictment Count 29
12/5/09-1/31/10         T. 132-34

Indictment Count 30
2/1/10-3/31/10          T. 132-34, 163; see T. 106 (c/w
                        was not in school between 12/09 and
                        4/10, and toward end of that period,
                        c/w worked in defendant's office)

3

<u>2d-Degree Sexual Misconduct</u>
**<u>Counts 31-37</u>**
**<u>Fingers to Vagina</u>**
<u>c/w less than 14</u>

<u>Indictment Count 31</u>
12/5/07-1/31/08              T. 129-30, referring back to type of
                             conduct testified to at T. 124-25, 127

<u>Indictment Count 32</u>
2/1/08-3/31/08               T. 130-31, referring back to type of
                             conduct testified to at R.D: 124-25,
                             127

<u>Indictment Count 33</u>
4/1/08-5/31/08               T. 129-30, referring back to type of
                             conduct testified to at T. 124-25, 127

<u>Indictment Count 34</u>
6/1/08-6/30/08               T. 129-30, referring back to type of
                             conduct testified to at R.D: 124-25,
                             127

<u>Indictment Count 35</u>
9/1/08-9/30/08               T. 130, referring back to type of
                             conduct testified to at R.D: 124-25,
                             127

<u>Indictment Count 36</u>
10/1/08-12/4/08              T. 130-31, referring back to type of
                             conduct testified to at R.D: 124-25,
                             127

<u>Indictment Count 37</u>
12/5/08-1/31/09              T. 130-31, referring back to type of
                             conduct testified to at R.D: 124-25,
                             127

<u>3d-Degree Sexual Misconduct</u>
**Counts 38-44**
**Fingers to Vagina**
<u>without c/w's consent</u>

<u>Indictment Count 38</u>
2/1/09-3/31/09                T. 130-31, referring back to type of conduct testified to at R.D: 124-25, 127

<u>Indictment Count 39</u>
4/1/09-5/31/09                T. 150-54, 156-58, 197-98

<u>Indictment Count 40</u>
6/1/09-6/30/09                T. 131, referring back to type of conduct testified to at R.D: 124-25, 127

<u>Indictment Count 41</u>
9/1/09-9/30/09                T. 132-34

<u>Indictment Count 42</u>
10/1/09-12/4/09               T. 132-34

<u>Indictment Count 43</u>
12/5/09-1/31/10               T. 132-34

<u>Indictment Count 44</u>
2/1/10-3/31/10                T. 132-34, 160-61, 163; <u>see</u> T. 106 (c/w not in school between 12/09 and 4/10, and toward end of that period, c/w worked in defendant's office)

<u>2d-Degree Sexual Abuse</u>
**Counts 45-46**
**Mouth to Breasts**
c/w less than 14

**These two counts were vacated on appeal**

<u>Indictment Count 45</u>

| | |
|---|---|
| 12/5/07-1/31/08 | The Appellate Division vacated defendant's conviction on this count for legally insufficient evidence. <u>People v. Weberman</u>, 134 A.D.3d 862 (2d Dep't 2015). |
| <u>Indictment Count 46</u> | |
| 2/1/08-3/31/08 | The Appellate Division vacated defendant's conviction on this count for legally insufficient evidence. <u>People v. Weberman</u>, 134 A.D.3d 862 (2d Dep't 2015). |

<u>2d-Degree Sexual Abuse</u>
**Counts 47-50**
**Mouth to Breasts**
c/w less than 14

| | |
|---|---|
| <u>Indictment Count 47</u> | |
| 4/1/08-5/31/08 | T. 129-30, referring back to type of conduct testified to at T. 127 (defendant took off her clothes and kissed her all over, touching her breasts and vagina) |
| <u>Indictment Count 48</u> | |
| 6/1/08-6/30/08 | T. 129-30, referring back to type of conduct testified to at R.D: 127 |
| <u>Indictment Count 49</u> | |
| 9/1/08-9/30/08 | T. 130, referring back to type of conduct testified to at R.D: 127 |
| <u>Indictment Count 50</u> | |
| 10/1/08-12/4/08 | T. 130-31, referring back to type of conduct testified to at R.D: 127 |

6

<u>3d-Degree Sexual Abuse</u>
**<u>Counts 51-58</u>**
**<u>Mouth to Breasts</u>**
<u>without c/w's consent</u>

<u>Indictment Count 51</u>
12/5/08-1/31/09             T. 130-31, referring back to type of conduct testified to at R.D: 127

<u>Indictment Count 52</u>
2/1/09-3/31/09              T. 130-31, referring back to type of conduct testified to at R.D: 127

<u>Indictment Count 53</u>

4/1/09-5/31/09              T. 150-54, 156-58, 197-98

<u>Indictment Count 54</u>
6/1/09-6/30/09              T. 131, referring back to type of conduct testified to at R.D: 127

<u>Indictment Count 55</u>
9/1/09-9/30/09              T. 132-34

<u>Indictment Count 56</u>
10/1/09-12/4/09             T. 132-34

<u>Indictment Count 57</u>
12/5/09-1/31/10             T. 132-34

<u>Indictment Count 58</u>
2/1/10-3/31/10              T. 132-34; <u>see</u> also T. 106 (c/w was not in school between 12/09 and 4/10, and toward end of that period, c/w worked in defendant's office)

7

<u>2d-Degree Sexual Abuse</u>
**Counts 59-64**
**Hand to Breasts**
<u>c/w less than 14</u>

<u>Indictment Count 59</u>
12/5/07-1/31/08                T. 129-30, referring back to type of conduct testified to at T. 124, 127

<u>Indictment Count 60</u>
2/1/08-3/31/08                 T. 129-30, referring back to type of conduct testified to at T. 124, 127

<u>Indictment Count 61</u>
4/1/08-5/31/08                 T. 129-30, referring back to type of conduct testified to at T. 124, 127

<u>Indictment Count 62</u>
6/1/08-6/30/08                 T. 129-30, referring back to type of conduct testified to at R.D: 124, 127

<u>Indictment Count 63</u>
9/1/08-9/30/08                 T. 130, referring back to type of conduct testified to at R.D: 124, 127

<u>Indictment Count 64</u>
10/1/08-12/4/08                T. 130-31, referring back to type of conduct testified to at R.D: 124, 127


<u>3d-Degree Sexual Abuse</u>
**Counts 65-72**
**Hand to Breasts**
<u>without c/w's consent</u>


<u>Indictment Count 65</u>
12/5/08-1/31/09                T. 130-31, referring back to type of conduct testified to at R.D: 124, 127

<u>Indictment Count 66</u>
2/1/09-3/31/09                 T. 130-31, referring back to type of conduct testified to at R.D: 124, 127

8

<u>Indictment Count 67</u>
4/1/09-5/31/09                T. 150-54, 156-58

<u>Indictment Count 68</u>
6/1/09-6/30/09                T. 131, referring back to type of
                              conduct testified to at R.D: 124, 127

<u>Indictment Count 69</u>
9/1/09-9/30/09                T. 132-34

<u>Indictment Count 70</u>
10/1/09-12/4/09               T. 132-34

<u>Indictment Count 71</u>
12/5/09-1/31/10               T. 132-34

<u>Indictment Count 72</u>

2/1/10-3/31/10                T. 161, 163; <u>see</u> 396, 718; <u>see</u> <u>also</u> T. 106
                              (not in school between 12/09 and 4/10, and
                              toward end of that period, c/w worked in
                              defendant's office)


<u>2d-Degree Sexual Abuse</u>
**Counts 73-78**
**Hand to Buttocks**
<u>c/w less than 14</u>

==**These six counts were NOT submitted to the jury.  <u>See</u> Verdict Sheet (appended)**==


<u>Indictment Count 73</u>
12/5/07-1/31/08               T. 129-30, referring back to type of
                              conduct testified to at T. 127 (he
                              touched, undressed, and kissed c/w all
                              over)

<u>Indictment Count 74</u>
2/1/08-3/31/08                T. 129-30, referring back to type of
                              conduct testified to at T. 127

<u>Indictment Count 75</u>
4/1/08-5/31/08                T. 129-30, referring back to type of
                              conduct testified to at T. 127

9

<u>Indictment Count 76</u>
6/1/08-6/30/08                T. 129-30, referring back to type of
                              conduct testified to at R.D: 127

<u>Indictment Count 77</u>
9/1/08-9/30/08                T. 130, referring back to type of
                              conduct testified to at R.D: 127

<u>Indictment Count 78</u>
10/1/08-12/4/08               T. 130-31, referring back to type of
                              conduct testified to at R.D: 127


<u>3d-Degree Sexual Abuse</u>
**Counts 79-81**
**Hand to Buttocks**
without c/w's consent

==These three counts were NOT submitted to the jury.  <u>See</u> Verdict Sheet==

<u>Indictment Count 79</u>
12/5/08-1/31/09               T. 130-31, referring back to type of
                              conduct testified to at R.D: 127

<u>Indictment Count 80</u>
2/1/09-3/31/09                T. 132-34

<u>Indictment Count 81</u>
4/1/09-5/31/09                T. 150-54, 156-58


<u>3d-Degree Sexual Abuse</u>
**Count 82-86**
**Hand to Buttocks**
without c/w's consent

==These five counts were NOT submitted to the jury.  <u>See</u> Verdict Sheet==

<u>Indictment Count 82</u>
6/1/09-6/30/09                T. 131, referring back to type of
                              conduct testified to at R.D: 127

10

<u>Indictment Count 83</u>
9/1/09-9/30/09			T. 132-34


<u>Indictment Count 84</u>
10/1/09-12/4/09			T. 132-34

<u>Indictment Count 85</u>
12/5/09-1/31/10			T. 132-34

<u>Indictment Count 86</u>
2/1/10-3/31/10			T. 132-34


<u>3d-Degree Sexual Abuse</u>
**Count 87**
**Penis to Vagina**
without c/w's consent


<u>Indictment Count 87</u>
4/1/09-5/31/09			T. 150-54, 156-58, 197-98


<u>The Sentence</u>

The trial court imposed consecutive sentences only for counts 3-16 (Resp. Exh. O at A. 56-53).