# I N D I C T M E N T

## S U P R E M E   C O U R T   O F   T H E   S T A T E   O F   N E W   Y O R K
## C O U N T Y   O F   K I N G S

------------------------------------------------

THE PEOPLE OF THE STATE OF NEW YORK

        AGAINST

XB.   NECHEMYA WEBERMAN - VFO
        DEFENDANT
        2011KN014839

INDICTMENT NO. 1589/2011
NON-ALIGNED
SEX CRIMES AND SPECIAL VICTIMS
BLUE

2-C

<u>COUNTS</u>

      COURSE OF SEXUAL CONDUCT AGAINST A CHILD IN THE
      FIRST DEGREE
      COURSE OF SEXUAL CONDUCT AGAINST A CHILD IN THE
      SECOND DEGREE
      CRIMINAL SEXUAL ACT IN THE SECOND DEGREE (12 COUNTS)
      CRIMINAL SEXUAL ACT IN THE THIRD DEGREE (2 COUNTS)
      SEXUAL MISCONDUCT (14 COUNTS)
      SEXUAL ABUSE IN THE SECOND DEGREE (24 COUNTS)
      SEXUAL ABUSE IN THE THIRD DEGREE (33 COUNTS)
      ENDANGERING THE WELFARE OF A CHILD

TRUE BILL

FOREPERSON

CHARLES J. HYNES
DISTRICT ATTORNEY

A-1

FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT,
ACCUSES THE DEFENDANT OF THE CRIME OF COURSE OF SEXUAL CONDUCT AGAINST
A CHILD IN THE FIRST DEGREE [PL 130.75(1)(B)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN
MARCH 1, 2007 AND DECEMBER 4, 2007 IN THE COUNTY OF KINGS, DURING A
PERIOD OF TIME OF NOT LESS THAN THREE MONTHS IN DURATION THE DEFENDANT
BEING EIGHTEEN YEARS OLD OR MORE, DID ENGAGE IN TWO OR MORE ACTS OF
SEXUAL CONDUCT INCLUDING AT LEAST ONE ACT OF SEXUAL INTERCOURSE, ORAL
SEXUAL CONDUCT, ANAL SEXUAL CONDUCT OR AGGRAVATED SEXUAL CONTACT,
NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF
RIVKY KRAUSZ, CONTACT BETWEEN THE FINGERS OF THE DEFENDANT AND THE
VAGINA OF RIVKY KRAUSZ, CONTACT BETWEEN THE MOUTH OF THE DEFENDANT AND
THE BREASTS OF RIVKY KRAUSZ, CONTACT BETWEEN THE HAND OF THE DEFENDANT
AND THE BREASTS OF RIVKY KRAUSZ AND CONTACT BETWEEN THE HAND OF THE
DEFENDANT AND THE BUTTOCKS OF RIVKY KRAUSZ, A CHILD LESS THAN THIRTEEN
YEARS OLD.


SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT,
ACCUSES THE DEFENDANT OF THE CRIME OF COURSE OF SEXUAL CONDUCT AGAINST
A CHILD IN THE SECOND DEGREE [PL 130.80(1)(B)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN
MARCH 1, 2007 AND DECEMBER 4, 2007 IN THE COUNTY OF KINGS, DURING A
PERIOD OF TIME OF NOT LESS THAN THREE MONTHS IN DURATION, THE DEFENDANT
BEING EIGHTEEN YEARS OLD OR MORE, DID ENGAGE IN TWO OR MORE ACTS OF
SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND
THE MOUTH OF RIVKY KRAUSZ, CONTACT BETWEEN THE FINGERS OF THE DEFENDANT
AND THE VAGINA OF RIVKY KRAUSZ, CONTACT BETWEEN THE MOUTH OF THE
DEFENDANT AND THE BREASTS OF RIVKY KRAUSZ, CONTACT BETWEEN THE HAND OF
THE DEFENDANT AND THE BREASTS OF RIVKY KRAUSZ AND CONTACT BETWEEN THE
HAND OF THE DEFENDANT AND THE BUTTOCKS OF RIVKY KRAUSZ, A CHILD LESS
THAN THIRTEEN YEARS OLD.

THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN DECEMBER 5, 2007 AND JANUARY 31, 2008 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ, A PERSON LESS THAN FIFTEEN YEARS OLD.

FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2008 AND MARCH 31, 2008 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ, A PERSON LESS THAN FIFTEEN YEARS OLD.

FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN APRIL 1, 2008 AND MAY 31, 2008 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ, A PERSON LESS THAN FIFTEEN YEARS OLD.

SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN JUNE 1, 2008 AND JUNE 30, 2008 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ, A PERSON LESS THAN FIFTEEN YEARS OLD.

SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN SEPTEMBER 1, 2008 AND SEPTEMBER 30, 2008 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ, A PERSON LESS THAN FIFTEEN YEARS OLD.

EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN OCTOBER 1, 2008 AND DECEMBER 4, 2008 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ, A PERSON LESS THAN FIFTEEN YEARS OLD.

NINTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN DECEMBER 5, 2008 AND JANUARY 31, 2009 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ, A PERSON LESS THAN FIFTEEN YEARS OLD.

TENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2009 AND MARCH 31, 2009 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ, A PERSON LESS THAN FIFTEEN YEARS OLD.

ELEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN APRIL 1, 2009 AND MAY 31, 2009 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ, A PERSON LESS THAN FIFTEEN YEARS OLD.

TWELFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN JUNE 1, 2009 AND JUNE 30, 2009 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ, A PERSON LESS THAN FIFTEEN YEARS OLD.

THIRTEENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN SEPTEMBER 1, 2009 AND SEPTEMBER 30, 2009 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ, A PERSON LESS THAN FIFTEEN YEARS OLD.

FOURTEENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE SECOND DEGREE [PL 130.45(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN OCTOBER 1, 2009 AND DECEMBER 4, 2009 IN THE COUNTY OF KINGS, BEING EIGHTEEN YEARS OLD OR MORE, ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ, A PERSON LESS THAN FIFTEEN YEARS OLD.

FIFTEENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE THIRD DEGREE [PL 130.40(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN DECEMBER 5, 2009 AND JANUARY 31, 2010 IN THE COUNTY OF KINGS, BEING TWENTY-ONE YEARS OLD OR MORE ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ, A PERSON LESS THAN SEVENTEEN YEARS OLD.

SIXTEENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF CRIMINAL SEXUAL ACT IN THE THIRD DEGREE [PL 130.40(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2010 AND MARCH 31, 2010 IN THE COUNTY OF KINGS, BEING TWENTY-ONE YEARS OLD OR MORE ENGAGED IN ORAL SEXUAL CONDUCT NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ, A PERSON LESS THAN SEVENTEEN YEARS OLD.

SEVENTEENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN DECEMBER 5, 2007 AND JANUARY 31, 2008 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ WITHOUT SUCH PERSON'S CONSENT.

EIGHTEENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2008 AND MARCH 31, 2008 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ WITHOUT SUCH PERSON'S CONSENT.

**A.6**

NINETEENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN APRIL 1, 2008 AND MAY 31, 2008 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ WITHOUT SUCH PERSON'S CONSENT.

TWENTIETH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN JUNE 1, 2008 AND JUNE 30, 2008 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ WITHOUT SUCH PERSON'S CONSENT.

TWENTY FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN SEPTEMBER 1, 2008 AND SEPTEMBER 30, 2008 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ WITHOUT SUCH PERSON'S CONSENT.

TWENTY SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN OCTOBER 1, 2008 AND DECEMBER 4, 2008 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ WITHOUT SUCH PERSON'S CONSENT.

### TWENTY THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN DECEMBER 5, 2008 AND JANUARY 31, 2009 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ WITHOUT SUCH PERSON'S CONSENT.

### TWENTY FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2009 AND MARCH 31, 2009 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ WITHOUT SUCH PERSON'S CONSENT.

### TWENTY FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN APRIL 1, 2009 AND MAY 31, 2009 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ WITHOUT SUCH PERSON'S CONSENT.

### TWENTY SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN JUNE 1, 2009 AND JUNE 30, 2009 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ WITHOUT SUCH PERSON'S CONSENT.

TWENTY SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN SEPTEMBER 1, 2009 AND SEPTEMBER 30, 2009 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ WITHOUT SUCH PERSON'S CONSENT.

TWENTY EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN OCTOBER 1, 2009 AND DECEMBER 4, 2009 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ WITHOUT SUCH PERSON'S CONSENT.

TWENTY NINTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN DECEMBER 5, 2009 AND JANUARY 31, 2010 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ WITHOUT SUCH PERSON'S CONSENT.

THIRTIETH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL MISCONDUCT [PL 130.20(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2010 AND MARCH 31, 2010 IN THE COUNTY OF KINGS, ENGAGED IN ORAL SEXUAL CONDUCT, WITH ANOTHER PERSON, NAMELY: CONTACT BETWEEN THE PENIS OF THE DEFENDANT AND THE MOUTH OF RIVKY KRAUSZ WITHOUT SUCH PERSON'S CONSENT.

THIRTY FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [PL 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN DECEMBER 5, 2007 AND JANUARY 31, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE FINGERS OF THE DEFENDANT TO THE VAGINA OF RIVKY KRAUSZ.

THIRTY SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [PL 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2008 AND MARCH 31, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE FINGERS OF THE DEFENDANT TO THE VAGINA OF RIVKY KRAUSZ.

THIRTY THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [PL 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN APRIL 1, 2008 AND MAY 31, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE FINGERS OF THE DEFENDANT TO THE VAGINA OF RIVKY KRAUSZ.

THIRTY FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [PL 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN JUNE 1, 2008 AND JUNE 30, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE FINGERS OF THE DEFENDANT TO THE VAGINA OF RIVKY KRAUSZ.

THIRTY FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [P.L. 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN SEPTEMBER 1, 2008 AND SEPTEMBER 30, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE FINGERS OF THE DEFENDANT TO THE VAGINA OF RIVKY KRAUSZ.

THIRTY SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [P.L. 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN OCTOBER 1, 2008 AND DECEMBER 4, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE FINGERS OF THE DEFENDANT TO THE VAGINA OF RIVKY KRAUSZ.

THIRTY SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [P.L. 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN DECEMBER 5, 2008 AND JANUARY 31, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE FINGERS OF THE DEFENDANT TO THE VAGINA OF RIVKY KRAUSZ, WITHOUT SUCH PERSON'S CONSENT.

THIRTY EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [P.L. 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2009 AND MARCH 31, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE FINGERS OF THE DEFENDANT TO THE VAGINA OF RIVKY KRAUSZ, WITHOUT SUCH PERSON'S CONSENT.

### THIRTY NINTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN APRIL 1, 2009 AND MAY 31, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE FINGERS OF THE DEFENDANT TO THE VAGINA OF RIVKY KRAUSZ,   WITHOUT SUCH PERSON'S CONSENT.

### FORTIETH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN JUNE 1, 2009 AND JUNE 30, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE FINGERS OF THE DEFENDANT TO THE VAGINA OF RIVKY KRAUSZ,   WITHOUT SUCH PERSON'S CONSENT.

### FORTY FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN SEPTEMBER 1, 2009 AND SEPTEMBER 30, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE FINGERS OF THE DEFENDANT TO THE VAGINA OF RIVKY KRAUSZ,   WITHOUT SUCH PERSON'S CONSENT.

### FORTY SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN OCTOBER 1, 2009 AND DECEMBER 4, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE FINGERS OF THE DEFENDANT TO THE VAGINA OF RIVKY KRAUSZ,   WITHOUT SUCH PERSON'S CONSENT.

FORTY THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [P.L. 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN DECEMBER 5, 2009 AND JANUARY 31, 2010 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE FINGERS OF THE DEFENDANT TO THE VAGINA OF RIVKY KRAUSZ, WITHOUT SUCH PERSON'S CONSENT.

FORTY FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [P.L. 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2010 AND MARCH 31, 2010 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE FINGERS OF THE DEFENDANT TO THE VAGINA OF RIVKY KRAUSZ, WITHOUT SUCH PERSON'S CONSENT.

FORTY FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [P.L. 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN DECEMBER 5, 2007 AND JANUARY 31, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE MOUTH OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ.

THIRTY SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [P.L. 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2008 AND MARCH 31, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE MOUTH OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ.

### FORTY SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [PL 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN APRIL 1, 2008 AND MAY 31, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE MOUTH OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ.

### FORTY EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [PL 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN JUNE 1, 2008 AND JUNE 30, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE MOUTH OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ.

### FORTY NINTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [PL 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN SEPTEMBER 1, 2008 AND SEPTEMBER 30, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE MOUTH OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ.

### FIFTIETH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [PL 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN OCTOBER 1, 2008 AND DECEMBER 4, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE MOUTH OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ.

FIFTY FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN DECEMBER 5, 2008 AND JANUARY 31, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE MOUTH OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ,    WITHOUT SUCH PERSON'S CONSENT.

FIFTY SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2009 AND MARCH 31, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE MOUTH OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ,    WITHOUT SUCH PERSON'S CONSENT.

FIFTY THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN APRIL 1, 2009 AND MAY 31, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE MOUTH OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ,    WITHOUT SUCH PERSON'S CONSENT.

FIFTY FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN JUNE 1, 2009 AND JUNE 30, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE MOUTH OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ,    WITHOUT SUCH PERSON'S CONSENT.

FIFTY FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN SEPTEMBER 1, 2009 AND SEPTEMBER 30, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE MOUTH OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ,  WITHOUT SUCH PERSON'S CONSENT.


FIFTY SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN OCTOBER 1, 2009 AND DECEMBER 4, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE MOUTH OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ,  WITHOUT SUCH PERSON'S CONSENT.


FIFTY SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN DECEMBER 5, 2009 AND JANUARY 31, 2010 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE MOUTH OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ,  WITHOUT SUCH PERSON'S CONSENT.


FIFTY EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2010 AND MARCH 31, 2010 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE MOUTH OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ,  WITHOUT SUCH PERSON'S CONSENT.

FIFTY NINTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [PL 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN DECEMBER 5, 2007 AND JANUARY 31, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ.

SIXTIETH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [PL 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2008 AND MARCH 31, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ.

SIXTY FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [PL 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN APRIL 1, 2008 AND MAY 31, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ.

SIXTY SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [PL 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN JUNE 1, 2008 AND JUNE 30, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ.

SIXTY THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [PL 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN SEPTEMBER 1, 2008 AND SEPTEMBER 30, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ.


SIXTY FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [PL 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN OCTOBER 1, 2008 AND DECEMBER 4, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ.


SIXTY FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN DECEMBER 5, 2008 AND JANUARY 31, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ,  WITHOUT SUCH PERSON'S CONSENT.


SIXTY SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2009 AND MARCH 31, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ,  WITHOUT SUCH PERSON'S CONSENT.

SIXTY SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN APRIL 1, 2009 AND MAY 31, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ,   WITHOUT SUCH PERSON'S CONSENT.


SIXTY EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN JUNE 1, 2009 AND JUNE 30, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ,   WITHOUT SUCH PERSON'S CONSENT.


SIXTY NINTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN SEPTEMBER 1, 2009 AND SEPTEMBER 30, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ,   WITHOUT SUCH PERSON'S CONSENT.


SEVENTIETH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN   ' OCTOBER 1, 2009 AND DECEMBER 4, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ,   WITHOUT SUCH PERSON'S CONSENT.

### SEVENTY FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN DECEMBER 5, 2009 AND JANUARY 31, 2010 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ,    WITHOUT SUCH PERSON'S CONSENT.

### SEVENTY SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2010 AND MARCH 31, 2010 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BREASTS OF RIVKY KRAUSZ,    WITHOUT SUCH PERSON'S CONSENT.

### SEVENTY THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [PL 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN DECEMBER 5, 2007 AND JANUARY 31, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BUTTOCKS OF RIVKY KRAUSZ.

### SEVENTY FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [PL 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2008 AND MARCH 31, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BUTTOCKS OF RIVKY KRAUSZ.

**A.20**

SEVENTY FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [PL 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN APRIL 1, 2008 AND MAY 31, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BUTTOCKS OF RIVKY KRAUSZ.

SEVENTY SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [PL 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN JUNE 1, 2008 AND JUNE 30, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BUTTOCKS OF RIVKY KRAUSZ.

SEVENTY SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [PL 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN SEPTEMBER 1, 2008 AND SEPTEMBER 30, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BUTTOCKS OF RIVKY KRAUSZ.

SEVENTY EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE SECOND DEGREE [PL 130.60(2)] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN OCTOBER 1, 2008 AND DECEMBER 4, 2008 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ, A PERSON LESS THAN FOURTEEN YEARS OLD, TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BUTTOCKS OF RIVKY KRAUSZ.

SEVENTY NINTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN DECEMBER 5, 2008 AND JANUARY 31, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BUTTOCKS OF RIVKY KRAUSZ,   WITHOUT SUCH PERSON'S CONSENT.


EIGHTIETH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2009 AND MARCH 31, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BUTTOCKS OF RIVKY KRAUSZ,   WITHOUT SUCH PERSON'S CONSENT.


EIGHTY FIRST COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN APRIL 1, 2009 AND MAY 31, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BUTTOCKS OF RIVKY KRAUSZ,   WITHOUT SUCH PERSON'S CONSENT.


EIGHTY SECOND COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN JUNE 1, 2009 AND JUNE 30, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BUTTOCKS OF RIVKY KRAUSZ,   WITHOUT SUCH PERSON'S CONSENT.

EIGHTY THIRD COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN SEPTEMBER 1, 2009 AND SEPTEMBER 30, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BUTTOCKS OF RIVKY KRAUSZ,   WITHOUT SUCH PERSON'S CONSENT.

EIGHTY FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN OCTOBER 1, 2009 AND DECEMBER 4, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BUTTOCKS OF RIVKY KRAUSZ,   WITHOUT SUCH PERSON'S CONSENT.

EIGHTY FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN DECEMBER 5, 2009 AND JANUARY 31, 2010 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BUTTOCKS OF RIVKY KRAUSZ,   WITHOUT SUCH PERSON'S CONSENT.

EIGHTY SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN FEBRUARY 1, 2010 AND MARCH 31, 2010 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE HAND OF THE DEFENDANT TO THE BUTTOCKS OF RIVKY KRAUSZ,   WITHOUT SUCH PERSON'S CONSENT.

EIGHTY SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE THIRD DEGREE [PL 130.55] COMMITTED AS FOLLOWS:

THE DEFENDANT NECHEMYA WEBERMAN, ON OR ABOUT AND BETWEEN APRIL 1, 2009 AND MAY 31, 2009 IN THE COUNTY OF KINGS, SUBJECTED RIVKY KRAUSZ TO SEXUAL CONTACT BY TOUCHING THE PENIS OF THE DEFENDANT TO THE VAGINA OF RIVKY KRAUSZ,    WITHOUT SUCH PERSON'S CONSENT.

EIGHTY EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF KINGS BY THIS INDICTMENT, ACCUSES THE DEFENDANT OF THE CRIME OF ENDANGERING THE WELFARE OF A CHILD [PL 260.10(1)] COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT AND BETWEEN MARCH 1, 2007 AND MARCH 31, 2010 IN THE COUNTY OF KINGS, DID KNOWINGLY ACT IN A MANNER LIKELY TO BE INJURIOUS TO THE PHYSICAL, MENTAL OR MORAL WELFARE OF A CHILD LESS THAN SEVENTEEN YEARS OLD, NAMELY: RIVKY KRAUSZ.

CHARLES J. HYNES
DISTRICT ATTORNEY