Court Exhibit 5
12-7-12

# VERDICT SHEET

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS: CRIMINAL TERM/ PART 21
JUDGE JOHN G. INGRAM
-----------------------------------------------------------------X

The People of the State of New York,               :

                                                                                    Indictment # 1589/11

    -against-                                         :

NECHEMYA WEBERMAN,                                 :

            Defendant.                              :

-----------------------------------------------------------------X

| Count | Crime Charged | Not Guilty | Guilty |
|---|---|---|---|
| 1 | Course of Sexual Conduct Against a Child in the First Degree [Penal Law 130.75(1)(b)]<br><br>If you find the Defendant guilty of Count 1, proceed to Count 3.<br>If you find the Defendant not guilty of Count 1, proceed to Count 2. | | |
| 2 | Course of Sexual Conduct Against a Child in the Second Degree [Penal Law 130.80(1)(b)] | | |
| 3 | Criminal Sexual Act in the Second Degree [Penal Law 130.45(1)]<br><br>December 5, 2007 and January 31, 2008 | | |

| Count | Crime Charged | Not Guilty | Guilty |
|---|---|---|---|
| 4 | Criminal Sexual Act in the Second Degree [Penal Law 130.45(1)]<br><br>February 1, 2008 and March 31, 2008 | | |
| 5 | Criminal Sexual Act in the Second Degree [Penal Law 130.45(1)]<br><br>April 1, 2008 and May 31, 2008 | | |
| 6 | Criminal Sexual Act in the Second Degree [Penal Law 130.45(1)]<br><br>June 1, 2008 and June 30, 2008 | | |
| 7 | Criminal Sexual Act in the Second Degree [Penal Law 130.45(1)]<br><br>September 1, 2008 and September 30, 2008 | | |
| 8 | Criminal Sexual Act in the Second Degree [Penal Law 130.45(1)]<br><br>October 1, 2008 and December 4, 2008 | | |
| 9 | Criminal Sexual Act in the Second Degree [Penal Law 130.45(1)]<br><br>December 5, 2008 and January 31, 2009 | | |

| Count | Crime Charged | Not Guilty | Guilty |
|---|---|---|---|
| 10 | Criminal Sexual Act in the Second Degree [Penal Law 130.45(1)]<br><br>February 1, 2009 and March 31, 2009 | | |
| 11 | Criminal Sexual Act in the Second Degree [Penal Law 130.45(1)]<br><br>April 1, 2009 and May 31, 2009 | | |
| 12 | Criminal Sexual Act in the Second Degree [Penal Law 130.45(1)]<br><br>June 1, 2009 and June 30, 2009 | | |
| 13 | Criminal Sexual Act in the Second Degree [Penal Law 130.45(1)]<br><br>September 1, 2009 and September 30, 2009 | | |
| 14 | Criminal Sexual Act in the Second Degree [Penal Law 130.45(1)]<br><br>October 1, 2009 and December 4, 2009 | | |
| 15 | Criminal Sexual Act in the Third Degree [Penal Law 130.40(2)]<br><br>December 5, 2009 and January 31, 2010 | | |

| Count | Crime Charged | Not Guilty | Guilty |
|---|---|---|---|
| 16 | Criminal Sexual Act in the Third Degree [Penal Law 130.40(2)] February 1, 2010 and March 31, 2010 | | |
| 17 | Sexual Abuse in the Second Degree [Penal Law 130.60(2)] December 5, 2007 and January 31, 2008 Fingers to vagina | | |
| 18 | Sexual Abuse in the Second Degree [Penal Law 130.60(2)] February 1, 2008 and March 31, 2008 Fingers to vagina | | |
| 19 | Sexual Abuse in the Second Degree [Penal Law 130.60(2)] April 1, 2008 and May 31, 2008 Fingers to vagina | | |
| 20 | Sexual Abuse in the Second Degree [Penal Law 130.60(2)] June 1, 2008 and June 30, 2008 Fingers to vagina | | |

| Count | Crime Charged | Not Guilty | Guilty |
|---|---|---|---|
| 21 | Sexual Abuse in the Second Degree [Penal Law 130.60(2)]<br><br>September 1, 2008 and September 30, 2008<br>Fingers to vagina | | |
| 22 | Sexual Abuse in the Second Degree [Penal Law 130.60(2)]<br><br>October 1, 2008 and December 4, 2008<br>Fingers to vagina | | |
| 23 | Sexual Abuse in the Third Degree [Penal Law 130.55]<br><br>December 5, 2008 and January 31, 2009<br>Fingers to vagina | | |
| 24 | Sexual Abuse in the Third Degree [Penal Law 130.55]<br><br>February 1, 2009 and March 31, 2009<br>Fingers to vagina | | |
| 25 | Sexual Abuse in the Third Degree [Penal Law 130.55]<br><br>April 1, 2009 and May 31, 2009<br>Fingers to vagina | | |

| Count | Crime Charged | Not Guilty | Guilty |
|---|---|---|---|
| 26 | Sexual Abuse in the Third Degree [Penal Law 130.55] June 1, 2009 and June 30, 2009 Fingers to vagina | | |
| 27 | Sexual Abuse in the Third Degree [Penal Law 130.55] September 1, 2009 and September 30, 2009 Fingers to vagina | | |
| 28 | Sexual Abuse in the Third Degree [Penal Law 130.55] October 1, 2009 and December 4, 2009 Fingers to vagina | | |
| 29 | Sexual Abuse in the Third Degree [Penal Law 130.55] December 5, 2009 and January 31, 2010 Fingers to vagina | | |
| 30 | Sexual Abuse in the Third Degree [Penal Law 130.55] February 1, 2010 and March 31, 2010 Fingers to vagina | | |

| Count | Crime Charged | Not Guilty | Guilty |
|---|---|---|---|
| 31 | Sexual Abuse in the Second Degree [Penal Law 130.60(2)] December 5, 2007 and January 31, 2008 Mouth to breasts | | |
| 32 | Sexual Abuse in the Second Degree [Penal Law 130.60(2)] February 1, 2008 and March 31, 2008 Mouth to breasts | | |
| 33 | Sexual Abuse in the Second Degree [Penal Law 130.60(2)] April 1, 2008 and May 31, 2008 Mouth to breasts | | |
| 34 | Sexual Abuse in the Second Degree [Penal Law 130.60(2)] June 1, 2008 and June 30, 2008 Mouth to breasts | | |
| 35 | Sexual Abuse in the Second Degree [Penal Law 130.60(2)] September 1, 2008 and September 30, 2008 Mouth to breasts | | |

| Count | Crime Charged | Not Guilty | Guilty |
|---|---|---|---|
| 36 | Sexual Abuse in the Second Degree [Penal Law 130.60(2)]<br><br>October 1, 2008 and December 4, 2008<br>Mouth to breasts | | |
| 37 | Sexual Abuse in the Third Degree [Penal Law 130.55]<br><br>December 5, 2008 and January 31, 2009<br>Mouth to breasts | | |
| 38 | Sexual Abuse in the Third Degree [Penal Law 130.55]<br><br>February 1, 2009 and March 31, 2009<br>Mouth to breasts | | |
| 39 | Sexual Abuse in the Third Degree [Penal Law 130.55]<br><br>April 1, 2009 and May 31, 2009<br>Mouth to breasts | | |
| 40 | Sexual Abuse in the Third Degree [Penal Law 130.55]<br><br>June 1, 2009 and June 30, 2009<br>Mouth to breasts | | |

| Count | Crime Charged | Not Guilty | Guilty |
|---|---|---|---|
| 41 | Sexual Abuse in the Third Degree [Penal Law 130.55] September 1, 2009 and September 30, 2009 Mouth to breasts | | |
| 42 | Sexual Abuse in the Third Degree [Penal Law 130.55] October 1, 2009 and December 4, 2009 Mouth to breasts | | |
| 43 | Sexual Abuse in the Third Degree [Penal Law 130.55] December 5, 2009 and January 31, 2010 Mouth to breasts | | |
| 44 | Sexual Abuse in the Third Degree [Penal Law 130.55] February 1, 2010 and March 31, 2010 Mouth to breasts | | |
| 45 | Sexual Abuse in the Second Degree [Penal Law 130.60(2)] December 5, 2007 and January 31, 2008 Hand to breasts | | |

| Count | Crime Charged | Not Guilty | Guilty |
|---|---|---|---|
| 46 | Sexual Abuse in the Second Degree [Penal Law 130.60(2)]<br><br>February 1, 2008 and March 31, 2008<br>Hand to breasts | | |
| 47 | Sexual Abuse in the Second Degree [Penal Law 130.60(2)]<br><br>April 1, 2008 and May 31, 2008<br>Hand to breasts | | |
| 48 | Sexual Abuse in the Second Degree [Penal Law 130.60(2)]<br><br>June 1, 2008 and June 30, 2008<br>Hand to breasts | | |
| 49 | Sexual Abuse in the Second Degree [Penal Law 130.60(2)]<br><br>September 1, 2008 and September 30, 2008<br>Hand to breasts | | |
| 50 | Sexual Abuse in the Second Degree [Penal Law 130.60(2)]<br><br>October 1, 2008 and December 4, 2008<br>Hand to breasts | | |

| Count | Crime Charged | Not Guilty | Guilty |
|---|---|---|---|
| 51 | Sexual Abuse in the Third Degree [Penal Law 130.55] December 5, 2008 and January 31, 2009 Hand to breasts | | |
| 52 | Sexual Abuse in the Third Degree [Penal Law 130.55] February 1, 2009 and March 31, 2009 Hand to breasts | | |
| 53 | Sexual Abuse in the Third Degree [Penal Law 130.55] April 1, 2009 and May 31, 2009 Hand to breasts | | |
| 54 | Sexual Abuse in the Third Degree [Penal Law 130.55] June 1, 2009 and June 30, 2009 Hand to breasts | | |
| 55 | Sexual Abuse in the Third Degree [Penal Law 130.55] September 1, 2009 and September 30, 2009 Hand to breasts | | |

| Count | Crime Charged | Not Guilty | Guilty |
|---|---|---|---|
| 56 | Sexual Abuse in the Third Degree [Penal Law 130.55]<br><br>October 1, 2009 and December 4, 2009<br>Hand to breasts | | |
| 57 | Sexual Abuse in the Third Degree [Penal Law 130.55]<br><br>December 5, 2009 and January 31, 2010<br>Hand to breasts | | |
| 58 | Sexual Abuse in the Third Degree [Penal Law 130.55]<br><br>February 1, 2010 and March 31, 2010<br>Hand to breasts | | |
| 59 | Sexual Abuse in the Third Degree [Penal Law 130.55]<br><br>April 1, 2009 and May 31, 2009<br>Penis to vagina | | |
| 60 | Endangering the Welfare of a Child [Penal Law 260.10(1)] | | |

_____
Signature of Foreperson    Date